JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MINDY KIM,<br><br>        Plaintiff(s)<br><br>v.<br><br>WESTSIDE VENTURES, INC., et al.,<br><br>        Defendant(s) | Case No. 2:20-cv-10375-RGK-AGR<br><br>ORDER DISMISSING ACTION FOR LACK OF PROSECUTION |

On February 26, 2021, the Court issued an Order to Show Cause re Dismissal for Lack of Prosecution [22]. Plaintiff's response to the Order to Show Cause was due by March 4, 2021. As of this date, no response has been filed to the Order to Show Cause, therefore, the Court orders the matter dismissed for lack of prosecution.

**IT IS SO ORDERED.**

Dated: March 25, 2021

*/s/ Gary Klausner*

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE